UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-CR-00063-ADA |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| STEVEN LEE WINTERSTEEN, | |
| Defendant. | |

The above-named defendant having been sentenced on March 22,2024,  to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

DATE: March 22, 2024

_____

U.S. Senior District Judge Charles R. Breyer